```
  ___ FILED        ___ RECEIVED
  ___ ENTERED      ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

         OCT 1 5 2010

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
  BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )
          Plaintiff,        )
                            )
     v.                     )    2:10-CR-354-LRH (PAL)
                            )
SEAN BEAUDOIN,              )
                            )
          Defendant.        )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 14, 2010, defendant SEAN BEAUDOIN pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1), and in Count Two with Possession with intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

This Court finds defendant SEAN BEAUDOIN agreed to the forfeiture of property set forth in Forfeiture Allegations of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant SEAN BEAUDOIN pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c):

        a.      a Raven Arms .25 caliber firearm, serial number 1527697; and

        b.      any and all ammunition. ("Property")

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of SEAN BEAUDOIN in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

    Daniel D. Hollingsworth  
    Assistant United States Attorney  
    Michael A. Humphreys  
    Assistant United States Attorney  
    Lloyd D. George United States Courthouse  
    333 Las Vegas Boulevard South, Suite 5000  
    Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __14th__ day of __October__, 2010.

_____
UNITED STATES DISTRICT JUDGE